■ JEFFREY TAVAREZ, Respondent, v FELIX MANUEL CASTILLO HERRASME et al., Appellant. [48 NYS3d 602]—Order, Supreme Court, Bronx County (Doris M. Gonzalez, J.), entered July 11, 2016, which, in an action for personal injuries sustained in a

motor vehicle accident, denied defendants' motion to renew, unanimously affirmed, without costs.

The court properly denied defendants' motion to renew plaintiff's motion for partial summary judgment on the issue of liability, which was previously granted by Supreme Court and later affirmed by this Court (*see* 140 AD3d 453 [1st Dept 2016]). There is nothing in plaintiff's deposition, which was taken after he was granted summary judgment, that constitutes new noncumulative facts that would warrant granting renewal (*see Varela v Clark*, 134 AD3d 925 [2d Dept 2015]; CPLR 2221 [e]). Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.